RECEIVED
JUL 19 2021
BY MAIL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

Christopher Lynn Clay )
1290029 )
)
*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )
)
v. Corizon Health LC )
)
)
)
)
)
)
)
)
*(Write the full name of each defendant. The caption* )
*must include the names of all of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
[V] Yes   [ ] No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

I. The Parties to this Complaint

   A. The Plaintiff

   Name: Christopher Lynn Clay

   Other names you have used: Chris

   Prisoner Registration Number: 1290024

   Current Institution: M.E.C.C. / Missouri Eastern Correctional Center

   Indicate your prisoner status:

   ☐ Pretrial detainee                ☑ Convicted and sentenced state prisoner
   ☐ Civilly committed detainee       ☐ Convicted and sentenced federal prisoner
   ☐ Immigration detainee             ☐ Other (explain): _____

   B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Corizon Health LC

Job or Title: Medical health care Provider

Badge/Shield Number: Not applicable

Employer: Department of Corrections

Address: Brentwood Tennesse

_____ Individual Capacity            ☑ Official Capacity

2

**Defendant 2**

Name: _____

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

☐ Individual Capacity          ☐ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

- What happen to me is, Corizon was given funding to administer the hep C cure and I have hep C so they failed to cure my hep C and could have done so
- It happened inbetween 2017 - and 2021
- It happened between FRDC and MECC
- I have suffered damage to my liver because the cure was not given to me.
- Corizon, and Corizon workers failed to spend the funding they were given on the hep C cure and in doing so I have suffered damages to my liver that would not have been there had they spent the funding on the cure and healed my hep C.
- Basicly I am claiming that because Corizon was given funding for the hep C treatmant, and did not spend that funding on the hep C treatmant, that I have sustained damages to my liver that I would not have, if Corizon had spent the funding on the hep C cure.

### III. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- I have yet to get any treatmant,
- I have sustained damages to my liver,
- I have pain in my stomach, and I urinate only twice or once a day.
- I have a sharp pain in my side. Sometimes it takes my breath away
- My hep C makes it easy for me to get sick.
- I get sick more than a thrurdy six year old should

4

## IV. Relief

State briefly and precisely what you want the Court to do for you. Do not make legal arguments. Do not cite any cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages. I am requesting money damages I would like two hundred and fifty thousand dollars for the damage to my liver.

## V. Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

    A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

           [✓] Yes        [ ] No

If yes, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s):

Fulton reception, diagnostic Center / Missouri eastern Correctional Center

    B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

           [✓] Yes        [ ] No        [ ] Do not know

    C.    If yes, does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

           [ ] Yes        [ ] No        [✓] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Missouri eastern Correctional Center

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*) That, Corizon Knowingly Spent the funding they were given for the hep C treatment, and that had they not I would have been given the Cure, and I would not have damages to my liver that I have now. I also requested money

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*) I was told that I would be given treatment //eventually// and that I would have to wait untill level 1 and two got theirs first.

6

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*) Yes, I have exhusted the entire grievance process, we have three steps in our process and I have been through them all.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I requested money and quicker treatment.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

        [ ] Yes          [✓] No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        [ ] Yes          [✓] No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

    1.    Parties to the previous lawsuit

        Plaintiff _____

        Defendant(s) _____

    2.    Court (*if federal court, name the district; if state court, name the state and county*)

    3.    Docket or case number _____

    4.    Name of Judge assigned to your case _____

8

5. Approximate date of filing lawsuit _____

6. Is the case still pending?

    ☐ Yes

    ☐ No *(If no, give the approximate date of disposition)*:_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)




C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

    ☐ Yes          ☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

    Plaintiff_____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the state and county)*




3. Docket or case number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

9

6. Is the case still pending?

☐ Yes

☐ No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of March, 2021.

Signature of Plaintiff   *Chrle Cery*