Chris Clay 1290029 9A-3
Algoa Correctional Center
8501 no more victims road
Jefferson City
65101

Clerk of Court
United States district Court
Eastern District of Missouri
111 South tenth Street
Suite 3.300
St. louis, MO

legal mail

RECEIVED
JUL 19 2021
BY MAIL

THE CORRESPONDENCE IS FROM AN OFFENDER IN THE CUSTODY OF THE MISSOURI DEPARTMENT OF CORRECTIONS. THE DEPARTMENT IS NOT RESPONSIBLE FOR THE CONTENTS OF THIS ... FOR INFORMATION